Commonwealth *v.* Shirk, Appellant.

Argued March 8, 1976. *William H. Saye*, Assistant Public Defender, for appellant; *Marion E. MacIntyre*, Second Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.